No. 11–0509/AR.   U.S. v. Michael P. Leahy, Jr.   CCA 20090146.   Appellant's motion to extend time to file the supplement to the petition for grant of review granted up to and including June 8, 2011.